UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIN LEE MEEKS,<br><br>Defendant. | Case No. 1:19-cr-00160-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

    Before the Court is Defendant's Motion to Sever (Dkt. 47). Shortly after this motion was filed, the government filed a second superseding indictment. The government initially opposed the motion to sever, but after defendant discharged his appointed attorney and elected to proceed pro se, the government advised the Court that it no longer opposes the motion to sever. The Court will therefore grant the motion.

    **Defendant's January 25, 2020 trial date will remain in place**, although he will no longer be tried together with the other defendants (Richard Martin and Jessica Paige Thomas) in this matter. The Court will resolve defendant's other pending motions in a separate written order. *See* Dkts. 91, 92, 95, 96, 100, and 101.

    Accordingly,

**IT IS ORDERED that** Defendant's Motion to Sever Defendants for Trial (Dkt. 47) is **GRANTED.**

DATED: November 12, 2020

B. Lynn Winmill
United States District Judge